B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**IceBoxx, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-2425555** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL**                    ZIP Code **60606** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):          **6817 S Harlem Ave**<br>**Chicago, IL 60638** | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **IceBoxx, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
|---|---|
| | **IceBoxx, LLC** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ William J. Factor**
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
Printed Name of Attorney for Debtor(s)

**FactorLaw**
Firm Name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**

Address

**847-878-6976  Fax: 847-574-8233**
Telephone Number

**March 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Williams**
Signature of Authorized Individual

**Michael Williams**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March 25, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **IceBoxx, LLC**
Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Ally Financial**<br>**PO Box 9001951**<br>**Louisville, KY 40290** | **Ally Financial**<br>**PO Box 9001951**<br>**Louisville, KY 40290** | **Isuzu Truck** | **Contingent**<br>**Disputed** | **32,817.82**<br><br>**(30,000.00 secured)** |
| **Bank of America**<br>**Special Assets Group**<br>**135 S. LaSalle St., Suite 1025**<br>**Chicago, IL 60603** | **Bank of America**<br>**Special Assets Group**<br>**135 S. LaSalle St., Suite 1025**<br>**Chicago, IL 60603** | **2013 Audi A5 - In possession of Kevin Schmidt - This Vehicle wa purchased in the name of Iceboxx, LLC and Iceboxx disputes that it owns the vehicle an** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **49,466.36**<br><br>**(Unknown secured)** |
| **Future Sanitation**<br>**80 Liberty Street**<br>**Passaic, NJ 07055** | **Future Sanitation**<br>**80 Liberty Street**<br>**Passaic, NJ 07055** | **Garbage Collector** | | **Unknown** |
| **Genesis Ice Capital Partners, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **Genesis Ice Capital Partners, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **All Debtor's Assets** | | **1,532,673.00**<br><br>**(Unknown secured)** |
| **Genesis Ice Capital Partners, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **Genesis Ice Capital Partners, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **All Debtor's Assets** | | **20,000.00**<br><br>**(Unknown secured)** |
| **Genesis Ice Management, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **Genesis Ice Management, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **Management Services** | | **62,500.00** |
| **Handler Thayer LLP**<br>**191 N. Wacker Dr.**<br>**23rd Floor**<br>**Chicago, IL 60606** | **Handler Thayer LLP**<br>**191 N. Wacker Dr.**<br>**23rd Floor**<br>**Chicago, IL 60606** | **Legal Services** | | **22,471.26** |

B4 (Official Form 4) (12/07) - Cont.

In re   **IceBoxx, LLC**                 Case No.                 

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **IBX Investors 1 LLC**<br>**c/o Marty Goldstein**<br>**777 Chestnut Ridge Road**<br>**Spring Valley, NY 10977** | **IBX Investors 1 LLC**<br>**c/o Marty Goldstein**<br>**777 Chestnut Ridge Road**<br>**Spring Valley, NY 10977** | **Purchased Iceboxx locations** | | **279,655.00** |
| **IBX Investors 2 LLC**<br>**c/o Marty Goldstein**<br>**777 Chestnut Ridge Road**<br>**Chestland Ridge, NY 10977** | **IBX Investors 2 LLC**<br>**c/o Marty Goldstein**<br>**777 Chestnut Ridge Road**<br>**Chestland Ridge, NY 10977** | **Purchased Iceboxx locations** | | **279,655.00** |
| **McCarter & English, LLP**<br>**100 Mulberry St.**<br>**Four Gateway Center**<br>**Newark, NJ 07102** | **McCarter & English, LLP**<br>**100 Mulberry St.**<br>**Four Gateway Center**<br>**Newark, NJ 07102** | **Legal Services** | | **11,477.08** |
| **Optimum**<br>**1111 Stewart Ave**<br>**Bethpage, NY 11714** | **Optimum**<br>**1111 Stewart Ave**<br>**Bethpage, NY 11714** | **Cable and Phone to Kevin Schmidt / 360 Products LLC** | **Contingent Unliquidated Disputed** | **609.54** |
| **Precision Multiple Controls**<br>**33 Greenwood Ave.**<br>**Midland Park, NJ 07432** | **Precision Multiple Controls**<br>**33 Greenwood Ave.**<br>**Midland Park, NJ 07432** | **Prior landlord** | **Contingent Unliquidated Disputed** | **Unknown** |
| **Public Service Enterprise Group Inc**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906** | **Public Service Enterprise Group Inc**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906** | **Gas and Electic** | **Contingent Disputed** | **465.00** |
| **Specialized Logistics**<br>**724 Anthony Trial**<br>**Northbrook, IL 60062** | **Specialized Logistics**<br>**724 Anthony Trial**<br>**Northbrook, IL 60062** | | | **2,700.00** |
| **Tesser & Cohen**<br>**c/o Frank Kirk**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | **Tesser & Cohen**<br>**c/o Frank Kirk**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | **Legal Services** | | **11,558.44** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re **IceBoxx, LLC**
Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 25, 2015**

Signature **/s/ Michael Williams**
**Michael Williams**
**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re   **IceBoxx, LLC** _____,   Case No. _____

Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 912,435.74 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,634,957.18 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 671,091.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 912,435.74 | | |
| | | | Total Liabilities | 2,306,048.50 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **IceBoxx, LLC**
_____,
                                    Debtor

Case No. _____

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **IceBoxx, LLC**                              ,     Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **IceBoxx, LLC**                                                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Account** | - | 14,985.74 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **14,985.74**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **IceBoxx, LLC**                                                                   ,          Case No. _____
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable from Stores $8,206.82** **Customer Balance Summary attached.** | **-** | **Unknown** |
| | | **Note to Kevin Schmidt for Mercedes ML about $16,300 outstanding** | **-** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **IceBoxx, LLC**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Various Substantial Legal Claims Against Kevin Schmidt** | - | **Unknown** |
| | | **Claim against Kevin Schmidt and 360 Products LLC / "Paint Station"** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trademark of the name "Ice Boxx"** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **List of locations for Iceboxx machines** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Audi A5 - In possession of Kevin Schmidt - This Vehicle wa purchased out of Iceboxx, LLC and Iceboxx disputes that it owns the vehicle and that it is liable on the auto note.** | - | **Unknown** |
| | | **2 Chevy Spark (2013 model year) vehicles in subprime condition** | - | **10,000.00** |
| | | **Isuzu Truck** | - | **30,000.00** |
| | | **Mercedes ML 350 (in the Possession of Kevin Schmidt and fraudulently converted into his name)** | - | **15,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **4 Dell Computers, a Couch and Tables, Lucent Phone system, other various office furniture 600 Braen Ave., Wyckoff, NJ 07481** | - | **2,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment in Storage: (a) Baggers, (b) Merchandisers, (c) Icemakers. 6817 S. Harlem Ave., Chicago IL 60638 See Exhibit B.** | - | **628,000.00** |

Sub-Total >    **685,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **IceBoxx, LLC**                                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Equipment Installed: Locations each with the one of the following: (a) Bagger, (b) Merchandiser, (c) Icemaker.  See Schedule G for Locations** | - | **174,550.00** |
| | | **Air Compressor, Box Mover, Carts, Forklift, Generator, Genie Super Lift, Hand Trck, Tool Cabinet. 6817 S. Harlem, Chicago IL**<br>**See Exhibit B** | - | **Unknown** |
| 30.  Inventory. | | **270,000 Bags for Ice.** | - | **37,900.00** |
| | | **See Exhibit B** | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 212,450.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 912,435.74 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

8:48 AM

03/25/15

# ICEBOXX, LLC
## Customer Balance Summary
### As of March 25, 2015

|  | Mar 25, 15 |
|---|---|
| 1201- Fruits Vegs (Pioneer-256 St Ann) | -19.95 |
| 1202- Pioneer- (800 St Ann's) | 132.70 |
| 1203- N&A Produce- Pioneer (Castel Hill) | -42.13 |
| 1204- Pioneer (White Plains) | 101.85 |
| 1205- Pioneer (3942 White Plains) | 305.55 |
| 1206- Meat & Produce Inc. (Dreiser) | 104.00 |
| 1207- Compare (170th) | 21.00 |
| 1209- C&R Food Corp (E Tremont) | 263.55 |
| 1210- 3100 Third Ave Food (Foodtown) | 159.60 |
| 1211- Bedford Blvd. Food Corp | 403.00 |
| 1213- Martola Meat-Ass (Williamsbridge) | 134.00 |
| 1214- Modern Foods (Arthur) | 241.80 |
| 1216- 3815 Ninth Ave Meat (Compare- 9th) | 60.50 |
| 1217- 1489 Food Corp (Foodtown-West) | 423.15 |
| 1218- McLean Food Corp- (Foodtown, Lake) | 169.05 |
| 1219- Hanra Fish - (Associated, Aguilar) | 350.70 |
| 1220- Price Choice | 219.45 |
| 1221-3011 Grocery Inc (CTown-Broadway) | 220.00 |
| 1222- Igua Food (Compare-E 189th) | 61.00 |
| 1223- Associated (Pennsylvania) | 363.60 |
| 1226- Pioneer (Mother Gaston) | 1,151.00 |
| 1227- Xtra (Broadway) | 398.20 |
| 1230- Pioneer (Rockaway Blvd) | 423.00 |
| 1231- DAR Food Corp (Ass-Greenpoint) | 259.60 |
| 1232- Associated (Einstein Loop) | 383.00 |
| 1233- Keyfood (S Amboy) | 946.00 |
| 1235- Associated (21st) | 27.00 |
| 1238- Associated (Ft Washington) | 160.65 |
| 1239- Pioneer (Parson's) | 262.50 |
| 1240- Compare ( W 138th) | 156.00 |
| 1241- Associated (Grand St) | 86.10 |
| 1242-Cherry Valley <arket | 112.35 |
| 1244 - Associated (Astoria) | 68.00 |
| 1245 - Golden Mango (Bronx) | 101.00 |
| **TOTAL** | **8,206.82** |



105 Revere Drive, Suite C | Northbrook, IL 60062
Ph: 224-927-5300 | Fax: 224-927-5311
sales@pplgroupllc.com | www.pplgroupllc.com

## ICEBOXX INVENTORY
### 6/18/2014

| QUANTITY | DESCRIPTION |
|---|---|
| 11 | Leers model 96, double door merchandiser |
| 32 | Leers model 50 single door merchandiser |
| 71 | In store bagging units |
| 4 | Hoshizaki ice makers |
| 270 box's | Max Katz Bag Co. 1000ea |
| 31 box's | Bags purchased in DEC. (1200ea) |
| 12 | I-400 Filters |
| 9 | Pre filters |

**ROLLING STOCK**

| | | |
|---|---|---|
| 1 | Isuzu NPR HD. box body w/ hydraulic liftgate | *(Note: Vin n/a. No keys)* |
| 2 | Auto's      *(Note: vehicles not onsite at time of inspection)* | |

**MATERIAL HANDLING**

| | |
|---|---|
| 1 | Hyster forklift, mdl S30XM, S/N C010H04904V |
| 1 | Genie Superlift mdl SLA10 s/n sla12-49757 |
| 2 | Magliner 2 wheel dolly's |
| 2 | Hydraulic furniture movers, 1800kg capacity |

**MISC EQUIPMENT**

| | |
|---|---|
| 2 | Werner 4' f/g ladders |
| 1 | Waterloo 6 drawer rolling tool cabinet with misc. repair parts, pvc fitting |
| 1 | Skill 10" drill press |
| 1 | Delta 1/2 hp double ended bench grinder |
| 1 | 8' 7 drawer wood top work bench, misc parts |
| 1 | Olympia 5" vise |
| 15 sections | Pallet racking approx 10' x 42" x 18' |
| 2 sections | Pallet racking approx 8' x 42" x 18' |
| | Parts bins with pvc, copper fittings, parts |
| | PVC pipe and fittings |
| | Copper and plastic tubing |

**OFFICE EQUIPMENT**

| | |
|---|---|
| 3 | Desks w/ cedenzas, overhead files |
| 3 | Computers |
| 2 | Televisions |
| 8 | Chairs |
| 1 | 2 drawer lateral file |
| 3 | Phones |
| 2 | Glass tables (1) end (1) coffee |
| 1 | Leather couch |



105 Revere Drive, Suite C | Northbrook, IL 60062
Ph: 224-927-5300 | Fax: 224-927-5311
sales@pplgroupllc.com | www.pplgroupllc.com





105 Revere Drive, Suite C | Northbrook, IL 60062
Ph: 224-927-5300 | Fax: 224-927-5311
sales@pplgroupllc.com | www.pplgroupllc.com








DSCN0472.JPG   DSCN0473.JPG   DSCN0474.JPG   DSCN0475.JPG   DSCN0482.JPG   DSCN0484.JPG








DSCN0485.JPG   DSCN0486.JPG   DSCN0487.JPG   DSCN0496.JPG   DSCN0500.JPG   DSCN0501.JPG




DSCN0513.JPG   DSCN0514.JPG

Todd DiBenedetto
Principal
PPL Group LLC
105 Revere Drive, Suite C
Northbrook, IL 60062
P: 847-656-9067
C: 312-343-0747
Todd@pplgroupllc.com



B6D (Official Form 6D) (12/07)

In re   **IceBoxx, LLC**                                           ,       Case No. _____
                                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1643** <br><br> **Ally Financial** <br> **PO Box 9001951** <br> **Louisville, KY 40290** | X | - | **Isuzu Truck** <br><br><br><br> Value $         **30,000.00** | X | | X | 32,817.82 | 2,817.82 |
| Account No. <br><br> **Bank of America** <br> **Special Assets Group** <br> **135 S. LaSalle St., Suite 1025** <br> **Chicago, IL 60603** | X | - | **2013 Audi A5 - In possession of Kevin Schmidt - This Vehicle wa purchased in the name of Iceboxx, LLC and Iceboxx disputes that it owns the vehicle and that it is liable on the auto note.** <br><br> Value $         **Unknown** | X | X | X | 49,466.36 | Unknown |
| Account No. <br><br> **Genesis Ice Capital Partners, LLC** <br> **200 S. Wacker Dr.** <br> **Suite 625** <br> **Chicago, IL 60606** | | | **July 23, 2013** <br><br> **Funding Agreement** <br><br> **All Debtor's Assets** <br><br> Value $         **Unknown** | | | | 1,532,673.00 | Unknown |
| Account No. <br><br> **Genesis Ice Capital Partners, LLC** <br> **200 S. Wacker Dr.** <br> **Suite 625** <br> **Chicago, IL 60606** | | - | **3/24/15** <br><br> **All Debtor's Assets** <br><br><br> Value $         **Unknown** | | | | 20,000.00 | Unknown |

__0__   continuation sheets attached

| | Subtotal (Total of this page) | 1,634,957.18 | 2,817.82 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,634,957.18 | 2,817.82 |

B6E (Official Form 6E) (4/13)

.

In re  **IceBoxx, LLC**                                                              ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **IceBoxx, LLC**                                                   ,    Case No. _____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Cheri Schmidt** **5 Point View** **Oakland, NJ 07336** | - | | | X | X | X | 0.00 | 0.00 | 0.00 |
| Account No. | | | **Wages** | | | | | | |
| **Jeffrey Hernandez** **663 Midland Ave Apt 2A** **Garfield, NJ 07026** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Kevin Schmidt** **5 Point View** **Oakland, NJ 07336** | - | | | X | X | X | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **IceBoxx, LLC**
_____ ,    Case No. _____
                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8781** <br><br> **CNA Insurance** <br> **PO Box 790094** <br> **Saint Louis, MO 63179** | | - | **Liability and Car Insurance** | | | | **0.00** |
| Account No. <br><br> **Future Sanitation** <br> **80 Liberty Street** <br> **Passaic, NJ 07055** | | - | **various** <br> **Garbage Collector** | | | | **Unknown** |
| Account No. <br><br> **Genesis Ice Management, LLC** <br> **200 S. Wacker Dr.** <br> **Suite 625** <br> **Chicago, IL 60606** | | - | **Each of the last 5 quarters** <br> **Management Services** | | | | **62,500.00** |
| Account No. <br><br> **Handler Thayer LLP** <br> **191 N. Wacker Dr.** <br> **23rd Floor** <br> **Chicago, IL 60606** | | - | **Various** <br> **Legal Services** | | | | **22,471.26** |
| __2__ continuation sheets attached | | | | Subtotal (Total of this page) | | | **84,971.26** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **IceBoxx, LLC**                                                                              ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Purchased Iceboxx locations | | | | |
| IBX Investors 1 LLC c/o Marty Goldstein 777 Chestnut Ridge Road Spring Valley, NY 10977 | | - | | | | | | 279,655.00 |
| Account No. | | | | Purchased Iceboxx locations | | | | |
| IBX Investors 2 LLC c/o Marty Goldstein 777 Chestnut Ridge Road Chestnut Ridge, NY 10977 | | - | | | | | | 279,655.00 |
| Account No. | | | | Various Legal Services | | | | |
| McCarter & English, LLP 100 Mulberry St. Four Gateway Center Newark, NJ 07102 | | | | | | | | 11,477.08 |
| Account No. xxxxx-xxxxx0-02-9 | | | | 2/15/15 Cable and Phone to Kevin Schmidt / 360 Products LLC | | | | |
| Optimum 1111 Stewart Ave Bethpage, NY 11714 | X | - | | | X | X | X | 609.54 |
| Account No. | | | | Unknown Prior landlord | | | | |
| Precision Multiple Controls 33 Greenwood Ave. Midland Park, NJ 07432 | X | - | | | X | X | X | Unknown |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       571,396.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **IceBoxx, LLC** _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx6122** | | | | **Gas and Electic** | | | | |
| **Public Service Enterprise Group Inc**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906** | X | - | | | X | | X | |
| | | | | | | | | 465.00 |
| Account No. | | | | | | | | |
| **Specialized Logistics**<br>**724 Anthony Trial**<br>**Northbrook, IL 60062** | | - | | | | | | |
| | | | | | | | | 2,700.00 |
| Account No. | | | | **Various**<br>**Legal Services** | | | | |
| **Tesser & Cohen**<br>**c/o Frank Kirk**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | | - | | | | | | |
| | | | | | | | | 11,558.44 |
| Account No. **xxxxx8252** | | | | **Workers Compensation Insurance** | | | | |
| **Utica National Insurance Group**<br>**PO Box 6532**<br>**Utica, NY 13504** | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 14,723.44 |
| Total<br>(Report on Summary of Schedules) | | 671,091.32 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

.

In re   **IceBoxx, LLC**                                                                    Case No. _____
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **1115 Pennsylvannia Meat**<br>**1115 Pennsylvania Ave**<br>**Brooklyn, NY 11207** | **Iceboxx Machine Location** |
| **1489 Food Corp - Foodtown**<br>**1489 W. Ave.**<br>**Bronx, NY 10462** | **Iceboxx Machine Location (Machine Owned by**<br>**IBX 1 Managed by Debtor)** |
| **3011 Grocery Inc.**<br>**3320 Broadway**<br>**New York, NY 10031** | **Iceboxx Machine Location** |
| **3100 Third Ave Food**<br>**3100 Third Ave**<br>**Bronx, NY 10451** | **Iceboxx Machine Location (Machine Owned by**<br>**IBX 2 Managed by Debtor)** |
| **3815 Ninth Ave Meat**<br>**3815 9th Ave.**<br>**New York, NY 10034** | **Iceboxx Machine Location** |
| **70 Linden Food Corp - Food Town**<br>**70 Linden St.**<br>**Yonkers, NY 10705** | **Iceboxx Machine Location (Machine Owned by**<br>**IBX 2 Managed by Debtor)** |
| **Anber Meat & Produce**<br>**108-30 Merrick Blvd**<br>**Jamaica, NY 11433** | **Iceboxx Machine Location** |
| **Associated**<br>**1440 Amsterdam Ave.**<br>**New York, NY 10027** | **Iceboxx Machine Location (Machine Owned by**<br>**IBX 2 Managed by Debtor)** |
| **Associated**<br>**1380 Pennsylvania Ave.**<br>**Brooklyn, NY 11239** | **Iceboxx Machine Location** |
| **Associated**<br>**3871 Broadway**<br>**New York, NY 10032** | **Iceboxx Machine Location (Machine Owned by**<br>**IBX 2 Managed by Debtor)** |
| **Associated**<br>**119 Einstein Loop**<br>**Bronx, NY 10475** | **Iceboxx Machine Location** |
| **Associated**<br>**20-16 21st St.**<br>**Astoria, NY 11105** | **Iceboxx Machine Location (Machine Owned by**<br>**IBX 1 Managed by Debtor)** |

**4**
\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **IceBoxx, LLC**                                                                        ,     Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Associated**<br>**529 South Broadway**<br>**Yonkers, NY 10705** | **Iceboxx Machine Location (Machine Owned by IBX 2 Managed by Debtor)** |
| **Associated**<br>**592 Ft. Washington Ave.**<br>**New York, NY 10033** | **Iceboxx Machine Location** |
| **Associated**<br>**639 Grand St.**<br>**Brooklyn, NY 11211** | **Iceboxx Machine Location** |
| **Associated**<br>**21-15 Broadway**<br>**Astoria, NY 11106** | **Iceboxx Machine Location** |
| **Bedford Blvd Food Corp**<br>**2870 Webster Ave.**<br>**Bronx, NY 10458** | **Iceboxx Machine Location** |
| **Bravo**<br>**67 Broadway**<br>**Paterson, NJ 07505** | **Iceboxx Machine Location** |
| **C&R Food Corp**<br>**708 E. Tremont Ave.**<br>**Bronx, NY 10457** | **Iceboxx Machine Location (Machine Owned by IBX 2 Managed by Debtor)** |
| **Cherry Valley Market**<br>**496 Hempstead Turnpike**<br>**West Hempstead, NY 11552** | **Iceboxx Machine Location** |
| **Compare**<br>**306 E. 170 St.**<br>**Bronx, NY 10456** | **Iceboxx Machine Location (Machine Owned by IBX 2 Managed by Debtor)** |
| **Compare**<br>**538 W. 138 St.**<br>**New York, NY 10031** | **Iceboxx Machine Location** |
| **Convenience Store**<br>**Goffle Road**<br>**Hawthorne, NJ 07506** | **Iceboxx Machine Location** |
| **DAR Food Corp**<br>**44-07 Greenpoint Ave.**<br>**Sunnyside, NY 11104** | **Iceboxx Machine Location (Machine Owned by IBX 1 Managed by Debtor)** |
| **Estevez Market Inc. Foodtown**<br>**70 Linden St.**<br>**Yonkers, NY 10701** | **Iceboxx Machine Location** |

Sheet ___1___ of ___4___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **IceBoxx, LLC**                                                    ,        Case No. _____
_____
                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Fruits Vegs**<br>**256 St. Ann's Ave.**<br>**Bronx, NY 10454** | **Iceboxx Machine Location (Machine Owned by IBX 1 Managed by Debtor)** |
| **Genesis Ice Management, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **Management Agreement** |
| **Golden Mango**<br>**2300 Randall Ave.**<br>**NY 10423** | **Iceboxx Machine Location** |
| **Hanra Fish**<br>**155-15 Aguiliar Ave.**<br>**Flushing, NY 11367** | **Iceboxx Machine Location** |
| **IBX Investors 1 LLC**<br>**c/o Marty Goldstein**<br>**777 Chestnut Ridge Road**<br>**Spring Valley, NY 10977** | **Management and Service Agreement for Iceboxx Machines** |
| **IBX Investors 1 LLC**<br>**c/o Jack Zakim**<br>**190 Moore St.**<br>**Hackensack, NJ 07601** | **Iceboxx Machine Location** |
| **IBX Investors 2 LLC**<br>**c/o Marty Goldstein**<br>**777 Chestnut Ridge Road**<br>**Chestnut Ridge, NY 10977** | **Management and Service Agreement for Iceboxx Machines** |
| **IBX Investors 2 LLC**<br>**c/o Jack Zakim**<br>**190 Moore St.**<br>**Hackensack, NJ 07601** | **Iceboxx Machine Location** |
| **Igua Food**<br>**421 E. 189th St.**<br>**Bronx, NY 10458** | **Iceboxx Machine Location** |
| **Jakes Fruits**<br>**1869 Archer St.**<br>**Bronx, NY 10460** | **Iceboxx Machine Location (Machine Owned by IBX 2 Managed by Debtor)** |
| **Keyfood**<br>**611 Bordentown Ave.**<br>**South Amboy, NJ 08879** | **Iceboxx Machine Location** |
| **Keyfood**<br>**145-44 Farmers Blvd**<br>**Springfield Gardens, NY 11434** | **Iceboxx Machine Location** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **IceBoxx, LLC**                                                                    ,            Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kiko's**<br>**152 48th St.**<br>**Union City, NJ 07087** | **Iceboxx Machine Location** |
| **Martola Meat-Assoc**<br>**2476 Williamsbridge Road**<br>**Bronx, NY 10469** | **Iceboxx Machine Location (Machine Owned by IBX 2 Managed by Debtor)** |
| **McLean Food Corp**<br>**123-129 Lake Ave.**<br>**Yonkers, NY 10703** | **Iceboxx Machine Location (Machine Owned by IBX 2 Managed by Debtor)** |
| **Meat & Produce Inc.**<br>**111 Dreier Loop**<br>**Bronx, NY 10475** | **Iceboxx Machine Location** |
| **Modern Foods**<br>**2385 Arthur Ave.**<br>**Bronx, NY 10458** | **Iceboxx Machine Location (Machine Owned by IBX 1 Managed by Debtor)** |
| **N&A Produce**<br>**1345 Castle Hill Ave.**<br>**Bronx, NY 10462** | **Iceboxx Machine Location (Machine Owned by IBX 1 Managed by Debtor)** |
| **Pioneer**<br>**800 St. Ann's Ave.**<br>**Bronx, NY 10456** | **Iceboxx Machine Location (Machine Owned by IBX 1 Managed by Debtor)** |
| **Pioneer**<br>**3035 White Plains Rd.**<br>**Bronx, NY 10467** | **Iceboxx Machine Location (Machine Owned by IBX 1 Managed by Debtor)** |
| **Pioneer**<br>**3942 White Plains Rd.**<br>**Bronx, NY 10466** | **Iceboxx Machine Location (Machine Owned by IBX 1 Managed by Debtor)** |
| **Pioneer**<br>**381 Mother Gaston Blvd**<br>**Brooklyn, NY 11212** | **Iceboxx Machine Location** |
| **Pioneer**<br>**8412 97th Ave.**<br>**Ozone Park, NY 11416** | **Iceboxx Machine Location** |
| **Pioneer**<br>**70-63 Parson's Blvd**<br>**Flushing, NY 11365** | **Iceboxx Machine Location** |
| **Price Choice**<br>**807 East Tremont**<br>**Bronx, NY 10460** | **Iceboxx Machine Location** |

Sheet __**3**__ of __**4**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re      **IceBoxx, LLC**                                                              ,        Case No. _____
                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Tropical Market**<br>**155 West Sunrise Hwy**<br>**Lindenhurst, NY 11757** | **Iceboxx Machine Location** |
| **Xtra**<br>**930 Broadway St.**<br>**Newark, NJ 07104** | **Iceboxx Machine Location (Machine Owned by IBX 1 Managed by Debtor)** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **IceBoxx, LLC**                                                                    ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Andrew Majer**<br>**5 Point VW**<br>**Oakland, NJ 07436** | **Ally Financial**<br>**PO Box 9001951**<br>**Louisville, KY 40290** |
| **Andrew Majer**<br>**5 Point VW**<br>**Oakland, NJ 07436** | **Bank of America**<br>**Special Assets Group**<br>**135 S. LaSalle St., Suite 1025**<br>**Chicago, IL 60603** |
| **Kevin Schmidt**<br>**5 Point View**<br>**Oakland, NJ 07336** | **Precision Multiple Controls**<br>**33 Greenwood Ave.**<br>**Midland Park, NJ 07432** |
| **Kevin Schmidt**<br>**5 Point View**<br>**Oakland, NJ 07336** | **Public Service Enterprise Group Inc**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906** |
| **Kevin Schmidt**<br>**5 Point View**<br>**Oakland, NJ 07336** | **Optimum**<br>**1111 Stewart Ave**<br>**Bethpage, NY 11714** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **IceBoxx, LLC** _____    Case No. _____

                                              Debtor(s)        Chapter    **11** _____


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


       I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **23**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.



Date   **March 25, 2015** _____       Signature    **/s/ Michael Williams** _____

                                                           **Michael Williams**

                                                           **Manager**


*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **IceBoxx, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,102.50** | **2015 YTD: Debtor Sales** |
| **$104,454.22** | **2014: Debtor Sales** |
| **$111,923.28** | **2013: Debtor Sales** |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$305,000.00** | **Settlement proceeds from case Iceboxx LLC v. KDI,  Dec. 24, 2014** |

B7 (Official Form 7) (04/13)
2

---

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Genesis Ice Capital Partners, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **Dec. 24, 2014** | **$305,000.00** | **$1,532,673.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Genesis Ice Capital Partners, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **Dec. 24, 2014** | **$305,000.00** | **$1,532,673.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Iceboxx, LLC  v. KDIndustries, Inc. 14-cv-00219** | **Breach of Contract** | **U.S. District Court Western District of Pennsylvania** | **Terminated / Settled** |
| **Iceboxx, LLC, v. Kevin Schmidt  Ber-C-201-14** | **Fraud** | **Superior Court of New Jersey, Chancery Division, Bergen County** | **Pending** |
| **Cheri Schmidt v. Iceboxx, LLC - Case No. WC-1248-0814-KIR** | **New Jersey Department of Labor Admin Proceeding** | **Labor Building, 1 John Fitch Plaza, Trenton, NJ 08611** | **Pending** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Converted Mercedes ML - $16,300** | **Kevin Schmidt illegally converted Vehicle to his own use and name - Still owes Debtor $16,300 for vehicle** | **2014** |
| **Converted Property - at least $14,000** | **Kevin Schmidt illegally converted inventory and equipment and retuned to distributor and personally took the refunded amounts.** | **2014** |

B7 (Official Form 7) (04/13)
4

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Sold Equipment - at least $8,000** | **Kevin Schmidt sold two pieces of equipment in New Jersey** | **2014** |
| **Removed Capital Account and other removal of funds - about $120,000** | **Kevin Schmidt removed about $120,000 from the Debtor** | **various** |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Office of William J. Factor 1363 Shermer Rd. Suite 224 Northbrook, IL 60062** | **December 30, 2014** | **$5,000** |
| **The Law Office of William J. Factor 1363 Shermer Rd. Suite 224 Northbrook, IL 60062** | **3/25/15** | **$20,000** |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Genesis Ice Capital Partners, LLC 200 S. Wacker Dr. Suite 625 Chicago, IL 60606** **Secured Creditor** | **Dec. 24, 2014** | **$305,000** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **600 Braen Ave., Wyckoff, NJ 07481 - Non-principal address** | **Iceboxx, LLC** | **until September of 2014** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mike Williams**<br>**200 S. Wacker Drive, ste. 625**<br>**Chicago, IL 60606** | **Handler of books and monthly records** |

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mike Wright**<br>**200 S. Wacker Drive, Ste. 625**<br>**Chicago, IL 60606** | **Handler of the books and monthly**<br>**records** |
| **Greg Hilton**<br>**Hilton & Associates**<br>**500 N. Michigan Ave.**<br>**Ste. 600**<br>**Chicago, IL 60611** | **CPA (Reviewing old books and records**<br>**prior to June 2013)** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mike Williams** | **200 S. Wacker Drive, ste. 625**<br>**Chicago, IL 60606** |
| **Mike Wright** | **200 S. Wacker Drive, Ste. 625**<br>**Chicago, IL 60606** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **6/18/2014** | **Mike Williams** | **No Dollar Value Given**<br>**See Exhibit B to Schedule B.** |

None
☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|
| **6/18/2014** | **Mike Williams**<br>**200 S. Wacker Drive, ste. 625**<br>**Chicago, IL 60606** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

Case 15-11132 Doc 1 Filed 03/27/15 Entered 03/27/15 15:13:59 Desc Main
Document Page 38 of 62

B7 (Official Form 7) (04/13)
8

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Genesis Ice Capital Partners, LLC**<br>**200 S. Wacker Dr.**<br>**Suite 625**<br>**Chicago, IL 60606** | **Member** | **47.5% of entire interest**<br>**51.6 % of voting interest** |
| **Kevin Schmidt**<br>**5 Point View**<br>**Oakland, NJ 07336** | **Member** | **44.5% of entire interest**<br>**48.4% of voting interest** |
| **Marty Goldstein**<br>**777 Chestnut Ridge Road**<br>**Spring Valley, NY 10977** | **Member** | **4% non-voting interest** |
| **Jack Zakim**<br>**190 Moore St.**<br>**Hackensack, NJ 07601** | **Member** | **4% non-voting interest** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Kevin Schmidt**<br>**5 Point View**<br>**Oakland, NJ 07336** | **Manager / Officer** | **Resigned March 28, 2014**<br>**Terminated July 14, 2014 (effective March 28, 2014)** |
| **Michael Ferguson**<br>**37 Blaine St.**<br>**Hinsdale, IL 60531** | **Manager** | **June 6, 2014, replaced by John Joseph Kostaken** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None      If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■         employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date   **March 25, 2015**              Signature   **/s/ Michael Williams**
                                                   **Michael Williams**
                                                   **Manager**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

### GLOBAL NOTES AND DISCLAIMER REGARDING DEBTOR'S BANKRUPTCY
### SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "*Schedules*") and Statement of Financial Affairs (the "*Statement*," and collectively with the Schedules, the "*Bankruptcy Materials*") of Iceboxx, LLC (the "*Debtor*") in this chapter 11 case have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rule of Bankruptcy Procedure by the Debtor and are unaudited.  While the Debtor has made reasonable efforts to ensure that the Bankruptcy Materials are accurate and complete, several factors have hindered the Debtor's ability to provide complete and accurate information, including (a) the Debtor's managers only became associated with the Debtor on July 13, 2013, and (b) the Debtor believes its previous sole owner and manager and current minority owner may be using the Debtor's name in an unauthorized fashion and converting its property, and the full extent thereof is subject to further investigation.  These factors adversely impact the Debtor's ability to complete the Bankruptcy Materials.

Moreover, because the Bankruptcy Materials contain information that may be subject to further review and potential adjustment, there can be no assurance that these Bankruptcy Materials are complete or accurate as of the Petition Date. Notwithstanding anything to the contrary contained in the Bankruptcy Materials, the person signing the Bankruptcy Materials on behalf of the Debtor does not attest to the accuracy of the information contained therein and is providing such information to the best of his knowledge.  The Debtor also reserves its right to amend the Bankruptcy Materials as may be necessary or appropriate in the future.

These Global Notes comprise an integral part of the Bankruptcy Materials and should be referred to and considered in connection with any review of the Bankruptcy Materials.

{00029365}

## United States Bankruptcy Court
### Northern District of Illinois

In re  **IceBoxx, LLC** _____  Case No. _____
                                      Debtor(s)            Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]
       **See engagement letter attached for fee agreement**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **March 25, 2015** _____       **/s/ William J. Factor** _____
                                                  **William J. Factor 6205675**
                                                  **FactorLaw**
                                                  **105 W. Madison St., Suite 1500**
                                                  **Chicago, IL 60602**
                                                  **847-878-6976   Fax: 847-574-8233**

---



**FACTORLAW**
THE LAW OFFICE OF WILLIAM J. FACTOR, LTD.

**William J Factor**
**Direct Dial: 312-878-6146**
**Email: wfactor@wfactorlaw.com**

December 5, 2014

**VIA EMAIL**

Michael Williams
Manager
IceBoxx, LLC
200 South Wacker Drive, Ste. 625
Chicago IL  60606

Re:   Chapter 11 Engagement Letter

Dear Mike:

Thank you for considering The Law Office of William J. Factor, Ltd. ("FactorLaw") to provide legal assistance to IceBoxx, LLC (the "Debtor" or "Client") in connection with a chapter 11 case (the "Case") in the United States Bankruptcy Court (the "Bankruptcy Court") for the Northern District of Illinois (the "Current Engagement"). FactorLaw is pleased to represent the Debtor in the Current Engagement, subject to the following terms and conditions.

If the Debtor agrees to these terms and conditions, please sign this engagement letter on the last page, or have the appropriate person with proper authority do so, and return a signed copy to me.

1.    **Limited Scope**.  The Current Engagement incudes various services to the Debtor related to a chapter 11 proceeding, including but not limited to (a) advising and consulting with the Debtor with respect to its powers, rights and duties as a debtor and debtor-in-possession; (b) attending meetings and negotiating with creditors, other parties-in-interest, and their respective representatives; (c) advising and consulting with the Debtor on the conduct of the Case, including all of the legal and administrative requirements of operating under chapter 11 of the Bankruptcy Code; (d) taking all necessary action to protect and preserve the Estate, including but not limited to, prosecuting or defending all motions and proceedings on behalf of the Debtor and the Estate; (e) preparing and filing, or defending, adversary proceedings or other litigation involving the Debtor or its interests in property; (f) preparing motions, applications, answers, orders, reports, and other papers necessary to the administration of the Case; (g) preparing and negotiating a plan and disclosure statement and all related agreements and documents, and taking any necessary action to obtain confirmation of a plan; and (h) performing other necessary legal

t  312 878 6976   f  847 574 8233                           105 W Madison Street  Suite 1500, Chicago, Illinois 60602
022010}                                                     1363 Shermer Road, Suite 224, Northbrook, Illinois 60062
w  www.wfactorlaw.com

Michael Williams / IceBoxx LLC
December 5, 2014
Page 2

services and providing other necessary legal advice required by the Debtor in connection with the Case.

Notwithstanding the foregoing, the Current Engagement does not include the representation of Debtor in connection with any matters other than the Current Engagement, nor does it include representation of any other entity, including any of the Debtor's owners, officers or employees, or any other business in which the Debtor may have an interest, and no attorney-client relationship will exist between FactorLaw and any other entity, with respect to the Current Engagement, or any expansion thereof.

2.    **Retainer**.  FactorLaw requires a retainer in the amount of $25,000 that must be paid prior to filing for bankruptcy (the "Retainer"). Fees and expenses will be subject to approval from the Bankruptcy Court and FactorLaw will apply the Retainer to such fees when it is permitted to do so.  FactorLaw's willingness to represent the Debtor is subject to its ability to obtain the Retainer.

3.    **Guaranty**.  FactorLaw's willingness to represent the Debtor also is subject to obtaining suitable assurances from a third-party as to the payment of fees and expenses in excess of the Retainer.  In this case, a commitment by a secured creditor that the Firm's fees will be paid from the proceeds of the secured creditor's collateral will suffice.  This is typically known as a carveout.

4.    **Authorization**. This confirms that Michael Williams has all necessary authority to execute this engagement letter on behalf of the Debtor and to bind the Debtor to the terms hereof, subject to Bankruptcy Court authorization to the extent required by applicable law.

5.    **Fees**.  Fees for the Current Engagement will depend upon the number of hours expended by FactorLaw personnel on the Current Engagement, multiplied by the applicable hourly rate for each professional working on the Current Engagement.  At present, the customary rate for William Factor is $350 per hour.  FactorLaw charges between $300 and $250 for the services of its other attorneys and it charges $100 per hour for the services of legal assistants. Rates are reviewed periodically and are subject to change.

It is not possible to determine with any degree of precision the total fees and other charges that Debtor is likely to incur in connection with the Current Engagement. Thus, any estimate of total fees always carries the understanding that, unless FactorLaw agrees otherwise in writing, it does not represent a maximum, minimum, or fixed-fee quotation. The ultimate cost frequently is more or less than the amount estimated and often is a function of matters outside of our control, particularly when litigation is involved.

6.    **Expenses**. FactorLaw also charges for actual out of pocket expenses advanced on Debtor's behalf. FactorLaw generally limits out of pocket expenses to costs that would not have been incurred but for FactorLaw's work on Debtor's behalf.  FactorLaw does not charge for routine facsimile, telephone, and computerized legal research within the scope of FactorLaw's subscription to LEXIS.

Michael Williams / IceBoxx LLC
December 5, 2014
Page 3

     7.    **Billing and Payment**. FactorLaw will submit fee applications to the Bankruptcy Court as promptly as possible to obtain approval for the fees and expenses incurred on behalf of Client. Once fees have been approved, FactorLaw is authorized to apply such amounts to the balance of any Retainer. To the extent the approved fees and expenses exceed the amount of the Retainer, the Debtor shall pay such fees and expenses within ten days after they have been approved. FactorLaw's willingness to represent Client is contingent upon prompt payment of amounts owed, and FactorLaw has the absolute right to withdraw its appearance on behalf of Client and to cease representing Client and Client agrees that it will agree to FactorLaw's efforts to withdraw if FactorLaw's fees and expenses are not paid within 10 days after they have been approved by the Bankruptcy Court.

     The Debtor agrees to pay promptly the fees and expenses, including legal fees, incurred by FactorLaw to obtain the benefits of this agreement, including to collect any amounts owed to FactorLaw by the Debtor.

     8.    **Professional Judgment**. At all times FactorLaw and its attorneys will endeavor to represent the Debtor zealously and act on its behalf to the best of our ability. Whenever FactorLaw provides the Debtor with an expression regarding the potential outcome of a matter, we will use our best professional judgment. However, we cannot guarantee the outcome of any matter or issue. Any expression of our professional judgment regarding the Current Engagement or the potential outcome is, of course, limited by our knowledge of the facts and based on the law at the time of expression. It is also subject to any unknown or uncertain factors or conditions beyond our control. Any expressions of judgment or views are limited solely to the Debtor and may not be shared with any other entity, nor may any other entity rely upon such expressions.

     9.    **Illinois Law**. This agreement will be construed and interpreted in accordance with the laws of the State of Illinois.

     10.    **Termination of Representation**. This confirms the Debtor's understanding that FactorLaw has the right to withdraw from the Current Engagement, and none of the Debtor or its direct or indirect owners will object thereto, in the event, inter alia, (a) the Debtor fails to pay the Bankruptcy Court approved fees and expenses owed to FactorLaw within ten (10) days of the date they have been allowed, and (b) FactorLaw determines that there are any others grounds to withdraw from the Current Engagement.

     11.    **Conclusion of Representation**. When we complete the services for which the Debtor has retained us, our attorney-client relationship for that matter will be terminated. If Debtor later retains us to perform further or additional services, our attorney-client relationship will be revived subject to these terms of engagement unless we change the terms in writing at that time.

     If the Debtor does wish to retain FactorLaw for the Current Engagement on the terms and conditions set forth above, please sign a duplicate original of this letter and return it to my office.

Michael Williams / IceBoxx LLC
December 5, 2014
Page 4

THE LAW OFFICE OF
    WILLIAM J. FACTOR, LTD.

Very truly yours,

William J Factor

WJF:

IceBoxx, LLC

By: Michael Williams
Michael Williams
Manager

{00022010}

# United States Bankruptcy Court

## Northern District of Illinois

In re    **IceBoxx, LLC**                                                                          ,    Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**March 25, 2015**_____        Signature **/s/ Michael Williams**_____

**Michael Williams**

**Manager**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re   **IceBoxx, LLC** _____   Case No. _____
                                                Debtor(s)      Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **77**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 25, 2015** _____          **/s/ Michael Williams** _____
                                                        **Michael Williams**/**Manager**
                                                        Signer/Title

.

1115 Pennsylvannia Meat
1115 Pennsylvannia Ave
Brooklyn, NY 11207

1489 Food Corp - Foodtown
1489 W. Ave.
Bronx, NY 10462

3011 Grocery Inc.
3320 Broadway
New York, NY 10031

3100 Third Ave Food
3100 Third Ave
Bronx, NY 10451

3815 Ninth Ave Meat
3815 9th Ave.
New York, NY 10034

70 Linden Food Corp - Food Town
70 Linden St.
Yonkers, NY 10705

Ally Financial
PO Box 9001951
Louisville, KY 40290

Anber Meat & Produce
108-30 Merrick Blvd
Jamaica, NY 11433

Andrew Majer
5 Point VW
Oakland, NJ 07436

Andrew Majer
5 Point VW
Oakland, NJ 07436

Associated
1440 Amsterdam Ave.
New York, NY 10027

Associated
1380 Pennsylvania Ave.
Brooklyn, NY 11239

Associated
3871 Broadway
New York, NY 10032

Associated
119 Einstein Loop
Bronx, NY 10475

Associated
20-16 21st St.
Astoria, NY 11105

Associated
529 South Broadway
Yonkers, NY 10705

Associated
592 Ft. Washington Ave.
New York, NY 10033

Associated
639 Grand St.
Brooklyn, NY 11211

Associated
21-15 Broadway
Astoria, NY 11106

Bank of America
Special Assets Group
135 S. LaSalle St., Suite 1025
Chicago, IL 60603

Bedford Blvd Food Corp
2870 Webster Ave.
Bronx, NY 10458

Bravo
67 Broadway
Paterson, NJ 07505

C&R Food Corp
708 E. Tremont Ave.
Bronx, NY 10457


Cheri Schmidt
5 Point View
Oakland, NJ 07336


Cherry Valley Market
496 Hempstead Turnpike
West Hempstead, NY 11552


CNA Insurance
PO Box 790094
Saint Louis, MO 63179


Compare
306 E. 170 St.
Bronx, NY 10456


Compare
538 W. 138 St.
New York, NY 10031


Convenience Store
Goffle Road
Hawthorne, NJ 07506


DAR Food Corp
44-07 Greenpoint Ave.
Sunnyside, NY 11104


Estevez Market Inc. Foodtown
70 Linden St.
Yonkers, NY 10701


Fruits Vegs
256 St. Ann's Ave.
Bronx, NY 10454


Future Sanitation
80 Liberty Street
Passaic, NJ 07055

Genesis Ice Capital Partners, LLC
200 S. Wacker Dr.
Suite 625
Chicago, IL 60606


Genesis Ice Capital Partners, LLC
200 S. Wacker Dr.
Suite 625
Chicago, IL 60606


Genesis Ice Management, LLC
200 S. Wacker Dr.
Suite 625
Chicago, IL 60606


Genesis Ice Management, LLC
200 S. Wacker Dr.
Suite 625
Chicago, IL 60606


Golden Mango
2300 Randall Ave.
NY 10423


Handler Thayer LLP
191 N. Wacker Dr.
23rd Floor
Chicago, IL 60606


Hanra Fish
155-15 Aguiliar Ave.
Flushing, NY 11367


IBX Investors 1 LLC
c/o Marty Goldstein
777 Chestnut Ridge Road
Spring Valley, NY 10977


IBX Investors 1 LLC
c/o Marty Goldstein
777 Chestnut Ridge Road
Spring Valley, NY 10977

IBX Investors 1 LLC
c/o Jack Zakim
190 Moore St.
Hackensack, NJ 07601


IBX Investors 2 LLC
c/o Marty Goldstein
777 Chestnut Ridge Road
Chestnut Ridge, NY 10977


IBX Investors 2 LLC
c/o Marty Goldstein
777 Chestnut Ridge Road
Chestnut Ridge, NY 10977


IBX Investors 2 LLC
c/o Jack Zakim
190 Moore St.
Hackensack, NJ 07601


Igua Food
421 E. 189th St.
Bronx, NY 10458


Jakes Fruits
1869 Archer St.
Bronx, NY 10460


Jeffrey Hernandez
663 Midland Ave Apt 2A
Garfield, NJ 07026


Kevin Schmidt
5 Point View
Oakland, NJ 07336


Kevin Schmidt
5 Point View
Oakland, NJ 07336


Kevin Schmidt
5 Point View
Oakland, NJ 07336

Kevin Schmidt
5 Point View
Oakland, NJ 07336


Keyfood
611 Bordentown Ave.
South Amboy, NJ 08879


Keyfood
145-44 Farmers Blvd
Springfield Gardens, NY 11434


Kiko's
152 48th St.
Union City, NJ 07087


Martola Meat-Assoc
2476 Williamsbridge Road
Bronx, NY 10469


McCarter & English, LLP
100 Mulberry St.
Four Gateway Center
Newark, NJ 07102


McLean Food Corp
123-129 Lake Ave.
Yonkers, NY 10703


Meat & Produce Inc.
111 Dreier Loop
Bronx, NY 10475


Modern Foods
2385 Arthur Ave.
Bronx, NY 10458


N&A Produce
1345 Castle Hill Ave.
Bronx, NY 10462


Optimum
1111 Stewart Ave
Bethpage, NY 11714

Pioneer
800 St. Ann's Ave.
Bronx, NY 10456

Pioneer
3035 White Plains Rd.
Bronx, NY 10467

Pioneer
3942 White Plains Rd.
Bronx, NY 10466

Pioneer
381 Mother Gaston Blvd
Brooklyn, NY 11212

Pioneer
8412 97th Ave.
Ozone Park, NY 11416

Pioneer
70-63 Parson's Blvd
Flushing, NY 11365

Precision Multiple Controls
33 Greenwood Ave.
Midland Park, NJ 07432

Price Choice
807 East Tremont
Bronx, NY 10460

Public Service Enterprise Group Inc
PO Box 14444
New Brunswick, NJ 08906

Specialized Logistics
724 Anthony Trial
Northbrook, IL 60062

Tesser & Cohen
c/o Frank Kirk
946 Main Street
Hackensack, NJ 07601

Tropical Market
155 West Sunrise Hwy
Lindenhurst, NY 11757


Utica National Insurance Group
PO Box 6532
Utica, NY 13504


Xtra
930 Broadway St.
Newark, NJ 07104

# United States Bankruptcy Court
## Northern District of Illinois

In re   **IceBoxx, LLC**

_____
Debtor(s)

Case No.   _____
Chapter   **11**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **IceBoxx, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 25, 2015**
_____
Date

**/s/ William J. Factor**
_____
**William J. Factor 6205675**
Signature of Attorney or Litigant
Counsel for   **IceBoxx, LLC**
**FactorLaw**
**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
**847-878-6976 Fax:847-574-8233**

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **IceBoxx, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
Printed Name of Attorney for Debtor(s)

**FactorLaw**
Firm Name

**105 W. Madison, Suite 1500**
**Chicago, IL 60602**

_____
Address

**847-239-7248  Fax: 847-574-8233**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Michael Williams**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

3-25-15
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07) - Cont.

In re   **IceBoxx, LLC**                                             Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of
perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   _3-25-15_              Signature   _____
                                          Michael Williams
                                          **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   IceBoxx, LLC _____          Case No. _____
                                        Debtor(s)                    Chapter     11 _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___23___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___3-25-15___                Signature _/s/ Michael Williams_____
                                                Michael Williams
                                                **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)
9

| None | 25. Pension Funds. |
|------|-------------------|
| ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case. |

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____ 3·25·15 _____          Signature _____
                                           Michael Williams
                                           **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    IceBoxx, LLC _____    Case No. _____
                                        Debtor(s)    Chapter    11    _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    77

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    3-25-15 _____    _____

**Michael Williams/Managing Member**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re    **IceBoxx, LLC** _____

                                                    Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ 3-25-15 _____

Signature _____

**Michael Williams**
**Managing Member**

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders